AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LALITKUMAR R. PATEL,**

       **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**vs.**

                                  **CASE NO.  C2-10-435**

**JANET NAPOLITANO, et al.,**          **JUDGE EDMUND A. SARGUS, JR.**
                                  **MAGISTRATE JUDGE TERENCE P. KEMP**

          **Defendants.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed January 7, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 7, 2011                JAMES BONINI, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                     Courtroom Deputy Clerk